**Dismissed and Memorandum Opinion filed October 1, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00791-CR

**TERRY MICHAEL NATIONS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 338th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1380801**

## M E M O R A N D U M    O P I N I O N

After a plea of guilty, appellant was convicted of the offense of burglary of a building with the intent to commit theft and sentenced on July 11, 2013, to three years in State Jail. No motion for new trial was filed. Appellant's notice of appeal was not filed until August 27, 2013.

A defendant's notice of appeal must be filed within thirty days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R.

App. P. 26.2(a)(1). A notice of appeal that complies with the requirements of Rule 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Chief Justice Frost and Justices Boyce and Jamison.
Do Not Publish — Tex. R. App. P. 47.2(b).